IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DR. YANA BLAISE,                                                    CASE NO.

      Plaintiff,

vs.

WELLS FARGO & COMPANY and
WELLS FARGO BANK NA,

      Defendants.
_____/

## VERIFIED COMPLAINT FOR CONVERSION AND INJUNCTIVE RELIEF

COMES NOW, Plaintiff, DR. YANA BLAISE by and through her undersigned counsel and submits her Complaint for Conversion and Injunctive Relief and states as follows:

1.     This action is for injunctive relief to prevent the closure and improper seizure of assets rightfully belonging to Plaintiff

2.     Plaintiff, DR. YANA BLAISE, ("Dr. Blaise") is a resident of Miami-Dade County, Florida.

3.     Defendant, WELLS FARGO & COMPANY is a for-profit corporation with its principal place of business in San Francisco, California.

4.     Defendant WELLS FARGO BANK NA is a for-profit corporation with its principal place of business in San Francisco, California.

5.     Defendants are hereby collectively referred to as "WELLS FARGO"

6.     Jurisdiction is proper 28 USC § 1332 as there is complete diversity of the parties and the amount in controversy exceeds $75,000.00.

7.     WELLS FARGO conducts business within the state of Florida and has sufficient minimum contacts with the state of Florida giving this Court personal jurisdiction over Defendant, operating banks in Florida.

8.     The property subject to this suit is located in Defendants' possession held in Plaintiff's various bank accounts within Miami and Ft. Lauderdale, Florida and thus venue is proper.

## FACTS

9.     Dr. Blaise is the sole manager of Body & Sole Wellness, LLC.

10.     As a result of the COVID-19 Pandemic Dr. Blaise applied for a Paycheck Protection Program loan for Body & Sole Wellness, LLC under the CARES Act passed by Congress.

11.     On April 30, 2020, Cross River Bank approved and funded a PPP loan in the amount of $29,612.50 to Body & Sole Wellness, LLC.

12.     Body & Sole Wellness, LLC used the funds for approved purposes under the CARES Act and the loan was forgiven by Cross River Bank on March 16, 2021.

13.     On January 21, 2022, Defendant notified that it had frozen all of Plaintiff's bank accounts and would be improperly and unlawfully closing all of Dr. Blaise's accounts on 2/4/22, due to "an unauthorized PPP loan".

SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD. • ATTORNEYS AT LAW • 1776 EAST SUNRISE BLVD • FORT LAUDERDALE, FL 33304
TELEPHONE (954) 765-1001          FACSIMILE (954) 765-1005

14.     Dr. Blaise contacted Defendants who indicated that all of her accounts including those not associated with Body & Sole Wellness were frozen and would be closed on February 4, 2022.

15.     Dr. Blaise explained that this was incorrect and demanded that her assets be made available to her and Defendants have refused to do so.

16.     Dr. Blaise and her counsel have conducted an investigation into why Defendants could be freezing her assets and found no pending lawsuits, investigations, or orders of any court indicating the actions taken by Defendants were proper.

17.     Further, Defendants have refused to provide any explanation or due process for their actions despite Dr. Blaise's requests.

## COUNT I-CONVERSION UNDER FLORIDA LAW
## AGAINST ALL DEFENDANTS

18.     Plaintiff reavers and realleges paragraphs 1-17 as if fully set forth herein.

19.     Dr. Blaise has money assets in which she is the rightful owner of contained in accounts with Defendant.

20.     Specifically, Dr. Blaise has a rightful ownership interest in the following accounts:

   a.   Account ending in 2310 owned by Turnkey Coin LLC held by Dr. Blaise and her business partners Sorab Boga and Alexander Blaise;

   b.   Account ending in 5162 owned by Body & Sole Wellness, LLC held by Dr. Blaise;

   c.   Account ending in 4742 owned by Dr. Blaise personally;

SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD. • ATTORNEYS AT LAW • 1776 EAST SUNRISE BLVD • FORT LAUDERDALE, FL 33304

TELEPHONE (954) 765-1001          FACSIMILE (954) 765-1005

      d.   Account ending in 4749 owned by Dr. Blaise personally;

      e.   Account ending in 5085 owned by Dr. Blaise and Alexander Blaise Jr.

      f.   Account ending in 5077 owned by Kaylee Blaise and Dr. Blaise;

      g.   Account ending in 5093 owned by Dr. Blaise and Jordyn Blaise

21.    Each of the accounts above have been unlawfully frozen by Defendants and Defendants continue to deprive Dr. Blaise of her rightful ownership of the money within those accounts despite numerous demands to return the assets.

22.    Plaintiff has been harmed as a result of Defendants unlawful possession of the accounts and money within them.

WHEREFORE, Plaintiff demands judgment in her favor and against the Defendants for all sums within the bank accounts.

## COUNT II- INJUNCTIVE RELIEF AGAINST ALL DEFENDANTS

23.    Plaintiff reavers and realleges paragraphs 1-17 as if fully set forth herein and further alleges.

24.    Dr. Blaise will suffer irreparable harm if Defendants are allowed to close the accounts listed above as Defendants have not explained any purpose behind the closing of the accounts or what will be done with the assets. Further, her reputation is harmed by the fact that her accounts with people not related to Body & Wellness LLC are being wrongfully possessed by Defendants.

SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD. • ATTORNEYS AT LAW • 1776 EAST SUNRISE BLVD • FORT LAUDERDALE, FL 33304

TELEPHONE (954) 765-1001                FACSIMILE (954) 765-1005

25.     As explained above, Dr. Blaise has a clear legal right to the account and the money within them, through her ownership of the accounts.

26.     There is no other adequate remedy at law in which to prevent Defendants from closing the accounts and dispersing of the assets.

27.     There is a clear public interest in preventing banks from unilaterally being allowed to wrongfully seize their customers assets

28.     Defendants should be prevented from closing Dr. Blaise's accounts, dispersing of any assets within those accounts, and should be ordered to allow Dr. Blaise unfettered access to her accounts.

WHEREFORE, Plaintiff, DR. YANA BLAISE, respectfully requests, injunctive relief requested and for any other relief this Court deems proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury for all claims to which she is entitled.

Dated: January 28, 2022

Respectfully submitted,

/s/ Carmen Y. Cartaya
CARMEN Y. CARTAYA, ESQ.
Florida Bar No.: 515736
ccartaya@smsm.com
NICHOLS E. RICHARDSON, ESQ.
Florida Bar No.: 1024673
nrichardson@smsm.com
SEGAL McCAMBRIDGE SEGAL
& MAHONEY, LTD.
1776 E. Sunrise Boulevard
Fort Lauderdale, FL 33304
Telephone: (954) 765-1001
Facsimile: (954) 765-1005
Attorneys for Plaintiff

## **VERIFICATION**

I, Yana Blaise, declares as follows:

1.      I am the Plaintiff in the within action and a citizen of the United States of America over the age of 18.

2.      I have personal knowledge of the facts set out in the foregoing *Verified Complaint*, and if called to testify I would completely testify as to the matters stated herein.

3.      I verify under penalty of perjury under the laws of the United States of America that the factual statements in this *Verified Complaint* are true and correct. 28 U.S.C. § 1746.

Executed on the 28th day of January, 2022

_____
YANA BLAISE

STATE OF FLORIDA

COUNTY OF BROWARD

Sworn to and subscribed before me by means of [  ] physical presence or [X] online notarization, this 28th date of January, 2022 by  YANA BLAISE, who is personally known to me, or who has produced Driver's License as identification, and who being by me first duly sworn to state the truth under oath, states that the above is true and correct.

**SWORN   TO   AND   SUBSCRIBED**  before   me   this 28th day of       January, 2022.

DANIELLE I. GOHN
Notary Public - State of Florida
Commission # GG 960987
My Comm. Expires Feb 20, 2024
Bonded through National Notary Assn.

Notary Public, State of Florida

_____
DANIELLE GOHN

My Commission Expires: